# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | KAREN RAE & STEPHEN L WINDSOR |
| **Case Number:** | 2:10-bk-05816-GBN  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 09, 2010 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK, N.A.

**R / M #:**   41 / 0

## *Appearances:*

DAVID ALLEGRUCCI, ATTORNEY FOR KAREN RAE WINDSOR, STEPHEN L WINDSOR
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK, N.A.

## *Proceedings:*

MR. MCDONALD ADVISES THE COURT THAT THIS MATTER HAS BEEN RESOLVED.

**THE COURT:  AN UPLOADED ORDER WILL BE SIGNED.**